Kim M. WITHERSPOON,
Plaintiff—Appellant

v.

DELTA AIRLINES, INC.,
Defendant—Appellee.

No. 08-51251.

United States Court of Appeals,
Fifth Circuit.

Sept. 9, 2009.

Graham Baker, San Antonio, TX, for Plaintiff-Appellant.

Donna Kay Mcelroy, Michael Thomas Lennane, Ellen B. Mitchell, Cox Smith Matthews, San Antonio, TX, for Defendant–Appellee.

Before JOLLY, DeMOSS, and PRADO, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5TH CIR. R. 47.6.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.